15

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAR 24 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUSTAVO ALMAUGER § | |
| § | |
| versus § | CIVIL ACTION B-98-002 |
| § | |
| WAYNE SCOTT § | |

## Order Setting Hearing

1.     A motion hearing will be held before Judge Hilda G. Tagle on:

   April 8th, 1999

   at 2:30 p.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2.     Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.     The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on March 24th, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*o.*
*mhrgddl.*