*18*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

April 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, | § § § | |
| Petitioner | § § | |
| v. | § | CIVIL ACTION NO. B-98-002 |
| WAYNE SCOTT, | § § § | |
| Respondent | § | |

## ORDER

The Court orders the United States Marshal to cancel the writ requesting the production of petitioner GUSTAVO ALMAGUER for the hearing previously set for Thursday, April 8, 1999.

DONE at Brownsville, Texas, this _31_ day of March 1999.

_____
Hilda G. Tagle
United States District Judge