*19*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUSTAVO ALMAGUER, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-002 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER

Be it remembered that on this day came to be considered **Respondent Johnson's Motion To Conduct the Motion Hearing by Telephone Conference**, and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and it is hereby GRANTED.

SIGNED on this the 31 day of March, 1999.

_____
JUDGE PRESIDING