UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
APR 01 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

*Gustavo Alvaquer*

versus

*Gary L. Johnson*

§
§
§
§
§

CIVIL ACTION B-98-002

## Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

   __4-16__, 1999

   at __10:00__ A. .m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __March 31st__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.