IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-002 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| INSTITUTIONAL DIVISION, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| Respondent. | § | |

United States District Court
Southern District of Texas
ENTERED
APR 16 1999
Michael N. Milby
Clerk of Court

# ORDER

Came on this day to be considered **Respondent Johnson's Motion to Substitute Counsel,** and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Jodi L. Brown is withdrawn and Marci D. Motes is substituted as Attorney in Charge for Respondent.

SIGNED on this the 16 day of April, 1999.

_____
JUDGE PRESIDING