24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-002 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered **Respondent Johnson's Motion for Leave to File a Supplemental Response to Petitioner's Request for a Certificate of Appealability ("COA")**, and the court, after considering the pleadings of the parties filed herein, is of the opinion the following order should issue:

ORDERED that **Respondent Johnson's Motion for Leave to File a Supplemental Response to Petitioner's Request for a Certificate of Appealability ("COA")** is GRANTED.

SIGNED on this the 16 day of April, 1999.

_____
JUDGE PRESIDING