25

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
APR 2 0 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Almaguer

versus

§
§
§
§
§
§

CIVIL ACTION B-98-002

Scott Johnson

## Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

   _____5-5_____, 1999

   at __4:00__ p. .m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __April 19th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.