27

United States District Court
Southern District of Texas
ENTERED

APR 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUSTAVO ALMAGUER, Petitioner, | § § § |
| v. | § §  CIVIL ACTION NO. B-98-002 |
| GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent. | § § § § § § |

## ORDER

Be it remembered that on this day came to be considered **Respondent Johnson's Motion To Conduct the Motion Hearing by Telephone Conference**, and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and it is hereby GRANTED.

SIGNED on this the ___ day of April, 1999.

_____
JUDGE PRESIDING