33

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUL 2 2 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, | § | |
| | § | |
| Petitioner | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-002 |
| | § | |
| WAYNE SCOTT, | § | |
| | § | |
| Respondent | § | |

## ORDER

BE IT REMEMBERED that on July 20, 1999 the Court considered Petitioner GUSTAVO ALMAGUER's Request for Certificate of Appealability. The Court finds that said motion should be GRANTED.

DONE at Brownsville, Texas, this _____ day of _____ 1999.

_____
Hilda G. Tagle
United States District Judge