34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, | § | |
| | § | |
| Petitioner | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-002 |
| | § | |
| WAYNE SCOTT, | § | |
| | § | |
| Respondent | § | |

## ORDER

BE IT REMEMBERED that on April 16, 1999 the Court considered Petitioner GUSTAVO ALMAGUER's 59(e) Motion to Amend Judgement. After considering the evidence presented by respondent and arguments of both parties, the Court finds that said motion should be DENIED.

DONE at Brownsville, Texas, this ____ day of ____ 1999.

_____
Hilda G. Tagle
United States District Judge