36

CUTEPDF - www.fastio.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, | § | |
| | § | |
| Petitioner | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-002 |
| | § | |
| WAYNE SCOTT, | § | |
| | § | |
| Respondent | § | |

**ORDER AMENDING CERTIFICATE OF APPEALABILITY**

BE IT REMEMBERED that on December 1, 1999 the Court **AMENDED** its July 20, 1999 order [Dkt. No. 33] granting the Petitioner Gustavo Almaguer's Request for Certificate of Appealability. The order is amended to read as follows:

The Antiterrorism and Effective Death Penalty Act (AEDPA), passed on April, 24, 1996, and Federal Rule of Appellate Procedure 22(b) require a petitioner in a habeas corpus proceeding to obtain a certificate of appealability before an appeal may be taken. 28 U.S.C. § 2253(c). A certificate of appealability may only be issued to a petitioner when he or she has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). A "substantial" showing requires the applicant to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues (in a different manner); or that the questions are adequate to deserve encouragement to proceed further. " Hicks v. Johnson, 186 F.3d 634, 636 (5th Cir. 1999) (citing Drinkard v. Johnson, 97 F.3d 751, 755 (5th Cir. 1996)).

AEDPA requires the Court to indicate which specific issues satisfy the "substantial showing of denial of a constitutional right" standard. 28 U.S.C. §§ 2253(c)(2)-2253(c)(3). In this case, the Court held that the Petitioner's habeas corpus petition was time-barred based

on the mailing date entered into the prison mail log.  Petitioner asserts that the date entered into the prison mail log is incorrect and that the petition was mailed at an earlier date.  The Court is of the opinion that Petitioner has raised a substantial issue which merits review. Therefore, the Court **GRANTED** Petitioner's  Request for Certificate of Appealability on July 20, 1999.

DONE at Brownsville, Texas, this ____/____ day of December 1999.

_____
Hilda G. Tagle
United States District Judge